IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **BRYAN JOSEPH SCHMITTLING,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. **05-572-DRH** |
| | ) | |
| **CITY OF BELLEVILLE, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's "emergency" motion to preserve evidence. **(Doc. 24).** Plaintiff desires to have the taser used against him taken out of service while this case is pending, or until such time as the accuracy of the recorded firing data can be assessed by an independent expert (other than Taser International, Inc.). Defendants have not filed a response to the subject motion.

Upon filing of the subject motion, plaintiff was informally notified that the Court did not perceive the situation to be an emergency. The taser at issue had been in service for eleven months since the date at issue in this case. Plaintiff waited two months after perceiving a discrepancy in the firing data before filing his motion to preserve evidence. And, plaintiff failed to present a compelling reason for removing the taser from use by the police. Therefore, the Court opted to await the defendant's response.

Although defendants have not responded to plaintiff's motion, the Court still does not perceive a need to remove the taser from service for the duration of this case, or until an independent examination can be performed. Let there be no mistake, the Court does consider an

inspection appropriate in this situation.  However, until plaintiff identifies an examiner and time frame for inspection the Court will not order the taser taken out of service.  Even once an examiner is identified, Court intervention would only be appropriate if a dispute over the inspection arises.

       **IT IS THEREFORE ORDERED** that plaintiff's motion **(Doc. 24)** is **DENIED** in all respects.

       **IT IS SO ORDERED.**

       **DATED:  December 9, 2005**

                                           <u>s/ Clifford J. Proud</u>
                                           **CLIFFORD J. PROUD**
                                           **U. S. MAGISTRATE JUDGE**