IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BRYAN J. SCHMITTLING,**

    **Plaintiff,**

    vs.                                        **Cause No. 05-CV-572 DRH**

**CITY OF BELLEVILLE IL,**
**JEFFREY VERNATTI,**
**AARON NETEMEYER**
**MARK HEFFERNAN.**

    **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-------------------------------------------------------------------------

                                                          **NORBERT G. JAWORSKI, CLERK**

January 16, 2007                                        By:   s/Patricia Brown
                                                                            Deputy Clerk

APPROVED: /s/     David   RHerndon
                  **U.S. DISTRICT JUDGE**